| | |
|---|---|
| 1 | William L. Buus (SBN 180059) |
| | Eric M. Schiffer (SBN 179695) |
| 2 | 959 South Coast Drive, Suite 385 |
| | Costa Mesa, CA 92626 |
| 3 | Telephone:  (949)825-6140 |
| | Facsimile:   (949)825-6141 |
| 4 | Email:       wbuus@schifferbuus.com |
| |            eschiffer@schifferbuus.com |

Attorneys for Defendants
DEKALB OB/GYN AFFILIATES L.L.C. and
SHIRLEY RIGAUD-ECHOLS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DEKALB OB/GYN AFFILIATES L.L.C., a Georgia limited liability company; SHIRLEY RIGAUD-ECHOLS, and individual, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: <br><br> NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (b) <br> (DIVERSITY OF CITIZENSHIP) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants DEKALB OB/GYN AFFILIATES L.L.C. and SHIRLEY RIGAUD-ECHOLS, all citizens of the State of Georgia, hereby remove to this Court the state court action described below.

1. On February 4, 2019, an action was commenced in the Superior Court of California, County of Orange, entitled *Balboa Capital Corporation v. Dekalb OB/GYN Affiliates L.L.C.; et. al*. as case number 30-2019-01048985-CU-CO-CJC.

1. A copy of the complaint filed in that action is attached hereto as Exhibit "A."

2. The first date upon which all Defendants received notice of said complaint was February 10, 2019, when Defendant SHIRLEY RIGAUD-ECHOLS received a copy of the Summons issued in that case, as well as a copy of the Complaint, by personal service. A copy of the Summons is attached hereto as Exhibit "B." Defendant DEKALB OB/GYN AFFILIATES L.L.C.'s agent for service of process notified DEKALB of the service of the summons and complaint and delivered copies of them to DEKALB's sole member on February 11, 2019.

3. Defendants have not yet filed any responsive pleading to the Complaint as of the date of this notice. A responsive pleading by Defendant SHIRLEY RIGAUD-ECHOLS was originally due to be filed in Superior Court no later than March 12, 2019, and a responsive pleading by Defendant DEKALB OB/GYN AFFILIATES L.L.C. was originally due to be filed in the Superior Court no later than March 13, 2019, by virtue of the receipt of the summons and complaint from its agent for service of process. See *Anderson v. State Farm*, 2019 WL 1086998 (March 8, 2019). As such, responsive pleadings are now due March 19, 2019, pursuant to Federal Rules of Civil Procedure, Rule 81(c)(2)(C).

4. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. section 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. section 1441(b), because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

5. Complete diversity of citizenship exists because, at all times alleged in the complaint and at the time the complaint was filed, Plaintiff BALBOA CAPITAL CORPORATION was a California corporation with its principal place of business located in the City of Costa Mesa, County of Orange, State of California, and because all Defendants are citizens of the State of Georgia, County

of DeKalb.  Moreover, as to Defendant DEKALB OB/GYN AFFILIATES L.L.C., it has only one member, who is Defendant SHIRLEY RIGAUD-ECHOLS, such that all members of the L.L.C. are also citizens of the state of Georgia, and therefore diverse.

6.   In its complaint, Plaintiff BALBOA CAPITAL CORPORATION claims that Defendants have breached a contract and related guarantee and that they owe BALBOA $193,685.99 (see prayer for relief in the complaint).  Therefore, based upon the express allegations of Plaintiff's complaint, the matter in controversy here exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

7.   Collectively attached hereto as Exhibit "C" are the following: Civil Case Cover Sheet, Notice of Case Assignment, and Notice of Case Management Conference Hearing.  These documents comprise the remainder of the Superior Court file as of this date.

Respectfully submitted,

Dated:  March 12, 2019            SCHIFFER & BUUS, APC

  */s/ Eric M. Schiffer   .*
By:  Eric M. Schiffer
       William L. Buus
Attorneys for Defendants
DEKALB OB/GYN AFFILIATES L.L.C.
and SHIRLEY RIGAUD-ECHOLS

3

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b)
(DIVERSITY OF CITIZENSHIP)