| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| WILLIAM L. BUUS (SBN 180059)<br>ERIC M. SCHIFFER (SBN 179695)<br>SCHIFFER & BUUS, APC<br>959 South Coast Drive, Suite 385<br>Costa Mesa, CA 92626<br>Tel: 949-825-6140<br>Fax: 949-825-6141 | |
| ATTORNEY(S) FOR: Defendants | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California Corporation<br><br>Plaintiff(s),<br>v.<br>DEKALB OB/GYN AFFILIATES L.L.C., a Georgia limited liability company and SHIRLEY RIGAUD-ECHOLS, an individual<br>Defendant(s) | CASE NUMBER:<br><br>8:19-cv-482<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants DEKALB OB/GYN and SHIRLEY RIGAUD-ECHOLS
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BALBOA CAPITAL CORPORATION | PARTY PLAINTIFF |
| DEKALB OB/GYN AFFILIATES L.L.C. | PARTY DEFENDANT |
| SHIRLEY RIGAUD-ECHOLS | PARTY DEFENDANT and Sole Member of DEKALB OB/GYN AFFILIATES L.L.C. |

3/12/2019
Date

/s/ Eric M. Schiffer
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants DEKALB OB/GYN and RIGAUD-ECHOLS