**JS-6**

1

2

3

4

5

6

7

8   **UNITED STATES DISTRICT COURT**

9   **CENTRAL DISTRICT OF CALIFORNIA**

10   **SOUTHERN DIVISION**

11   BALBOA CAPITAL CORPORATION,   ) Case No. 8:19-cv-00482-AG-KES
     )
12        Plaintiff,   )
     ) **ORDER RE JOINT STIPULATION**
13        vs.   ) **FOR DISMISSAL WITH PREJUDICE**
     )
14   DEKALB OB/GYN AFFILIATES   )
     L.L.C., et al.   ) Complaint Filed:    February 4, 2019
15        ) Trial Date:          Not Set
          Defendants,   )
16   _____ )
     )
17   AND RELATED CLAIMS.   )
     )
18        )
     )
19        )
     )
20        )
     )
21        )
     )
22        )
     )
23   _____ )

24

25

26

27

28

1
2

## ORDER

Based on the parties' Joint Stipulation for Dismissal with Prejudice, and upon
3  consideration thereof and for good cause shown, the Court hereby **GRANTS** the
4  stipulation.

5       **IT IS HEREBY ORDERED** that all claims, crossclaims, and counterclaims
6  in the above-captioned action shall be dismissed, with prejudice, with each party to
7  bear its own attorneys' fees, expenses, and costs.

8

9  Dated: August 15, 2019

10

11                                    Hon. Andrew J. Guilford
12                                    United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28